HUASTECA PETROLEUM COMPANY, Libellant-Appellee, v. UNITED STATES of America, Respondent-Appellant.

Circuit Court of Appeals, Second Circuit. May 6, 1929.

No. 292.

See, also, 27 F.(2d) 734.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (Walter Schaffner, Sp. Asst. U. S. Atty., of New York City, of counsel), for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Eugene Underwood, Jr., both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM. Interest at the rate of 4 per cent. was properly allowed in the decree below upon the salvage award of $12,500. No interest should have been allowed on the cost of repairs, $4,440.50.

The decree is modified accordingly.